Case 10-05052-gwz    Doc 10-1    Entered 09/24/10 11:48:02    Page 1 of 7

# EXHIBIT 1

# LENDER STATEMENT OF ACCOUNT

Cetus Mortgage, Ltd.
6121 Lakeside Drive, Suite 210
Reno NV 89511
(775) 689-8222

| ACCOUNT NO. | BLEDSOE |
|---|---|
| STATEMENT DATE | 6/7/2008 |
| STATEMENT PERIOD | 01/01/1900 - 06/07/2008 |
| PORTFOLIO BALANCE | $150,000.00 |
| PORTFOLIO YIELD | 6.000% |
| INTEREST PAID IN 2008 | $4,500.00 |

Bruce Lee Bledsoe or
Agnes Ching H. Bledsoe
1600 Greensburg Circle
Reno NV 89509

Please advise us immediately of any discrepancies in the transactions or investment activity on your statement of account or if you contemplate changing your address. When making inquiries by telephone or in writing please give your account number. We urge you to keep this statement with your investment records.

## INVESTMENT PORTFOLIO AS OF 06/07/2008

| Loan Account | Borrower Name | Pct Owned | Interest Rate | Maturity Date | Term Left | Next Payment | Regular Payment | Loan Balance |
|---|---|---|---|---|---|---|---|---|
| 05-43 | JE Morros | 55.556% | 9.000% | 04/15/2006 | 0 | | $0.00 | $0.00 |
| 05-72 | Morros | 39.474% | 9.000% | 10/24/2006 | 0 | | $0.00 | $0.00 |
| 06-127 | 1493 Giannotti Dr. | 29.412% | 6.000% | 07/06/2007 | -11 | 06/06/2008 | $750.00 | $150,000.00 |
| 06-131 | William A. Konopisos | 12.000% | 10.000% | 07/26/2007 | 0 | | $0.00 | $0.00 |
| | Current Porfolio Yield: 6.000% | | | | | | $750.00 | $150,000.00 |

## ACCOUNT ACTIVITY

| Transaction Date | Check# or Reference | Loan Account | Transaction Amount | Serv. Fees | Interest | Principal | Charges | Other | Trust |
|---|---|---|---|---|---|---|---|---|---|
| 08/19/2005 | 60298 | 05-43 | $1,125.00 | | $1,125.00 | | | | |
| 09/15/2005 | 63142 | 05-43 | $1,125.00 | | $1,125.00 | | | | |
| 10/20/2005 | 64223 | 05-43 | $1,125.00 | | $1,125.00 | | | | |
| 10/24/2005 | 00000 | 05-43 | $150,000.00 | | | $150,000.00 | | | |
| | | | $153,375.00 | $0.00 | $3,375.00 | $150,000.00 | $0.00 | $0.00 | $0.00 |
| 08/26/2005 | 60476 | 05-51 | $750.00 | | $750.00 | | | | |
| 09/20/2005 | 63253 | 05-51 | $750.00 | | $750.00 | | | | |
| 10/21/2005 | 64358 | 05-51 | $750.00 | | $750.00 | | | | |
| 11/18/2005 | 65333 | 05-51 | $750.00 | | $750.00 | | | | |
| 11/18/2005 | 65333 | 05-51 | -$750.00 | | -$750.00 | | | | |
| 11/18/2005 | 65333 | 05-51 | $750.00 | | $750.00 | | | | |
| 11/18/2005 | 65333 | 05-51 | -$750.00 | | -$750.00 | | | | |
| 11/18/2005 | 65333 | 05-51 | $750.00 | | $750.00 | | | | |
| 11/18/2005 | 65333 | 05-51 | $750.00 | | $750.00 | | | | |
| 01/06/2006 | 67022 | 05-51 | $750.00 | | $750.00 | | | | |
| 01/06/2006 | 67022 | 05-51 | -$750.00 | | -$750.00 | | | | |
| 01/06/2006 | 67022 | 05-51 | $750.00 | | $750.00 | | | | |
| 01/11/2006 | 00000 | 05-51 | $750.00 | | $750.00 | | | | |
| 01/11/2006 | 00000 | 05-51 | -$750.00 | | -$750.00 | | | | |
| 01/20/2006 | 67508 | 05-51 | $750.00 | | $750.00 | | | | |
| 02/21/2006 | 68487 | 05-51 | $750.00 | | $750.00 | | | | |
| 03/21/2006 | 69510 | 05-51 | $750.00 | | $750.00 | | | | |
| 04/20/2006 | 70661 | 05-51 | $750.00 | | $750.00 | | | | |
| 05/23/2006 | 71826 | 05-51 | $750.00 | | $750.00 | | | | |
| 06/22/2006 | 72937 | 05-51 | $750.00 | | $750.00 | | | | |
| 07/25/2006 | 74087 | 05-51 | $750.00 | | $750.00 | | | | |
| 08/15/2006 | 74906 | 05-51 | $750.00 | | $750.00 | | | | |
| 09/21/2006 | 76302 | 05-51 | $750.00 | | $750.00 | | | | |
| 10/24/2006 | 77447 | 05-51 | $750.00 | | $750.00 | | | | |

## ACCOUNT ACTIVITY

| Transaction Date | Check# or Reference | Loan Account | Transaction Amount | Serv. Fees | Interest | Principal | Charges | Other | Trust |
|---|---|---|---|---|---|---|---|---|---|
| 11/21/2006 | 78611 | 05-51 | $750.00 | | $750.00 | | | | |
| 12/21/2006 | 79574 | 05-51 | $750.00 | | $750.00 | | | | |
| 01/25/2007 | 80747 | 05-51 | $750.00 | | $750.00 | | | | |
| 02/22/2007 | 81745 | 05-51 | $750.00 | | $750.00 | | | | |
| 03/20/2007 | 82665 | 05-51 | $750.00 | | $750.00 | | | | |
| 04/24/2007 | 83907 | 05-51 | $750.00 | | $750.00 | | | | |
| 05/24/2007 | 85227 | 05-51 | $750.00 | | $750.00 | | | | |
| 06/21/2007 | 86132 | 05-51 | $750.00 | | $750.00 | | | | |
| 07/24/2007 | 87442 | 05-51 | $750.00 | | $750.00 | | | | |
| 08/17/2007 | 88249 | 05-51 | $750.00 | | $750.00 | | | | |
| 09/20/2007 | 89542 | 05-51 | $750.00 | | $750.00 | | | | |
| 10/23/2007 | 90610 | 05-51 | $750.00 | | $750.00 | | | | |
| 11/27/2007 | 91864 | 05-51 | $750.00 | | $750.00 | | | | |
| 12/20/2007 | 92774 | 05-51 | $750.00 | | $750.00 | | | | |
| 01/15/2008 | 93417 | 05-51 | $100,000.00 | | | $100,000.00 | | | |
| 01/15/2008 | 93417 | 05-51 | $750.00 | | $750.00 | | | | |
| | | | $122,500.00 | $0.00 | $22,500.00 | $100,000.00 | $0.00 | $0.00 | $0.00 |
| 12/07/2005 | 65772 | 05-72 | $1,125.00 | | $1,125.00 | | | | |
| 12/16/2005 | 66339 | 05-72 | $1,125.00 | | $1,125.00 | | | | |
| 01/20/2006 | 67514 | 05-72 | $1,125.00 | | $1,125.00 | | | | |
| 01/20/2006 | 67514 | 05-72 | -$1,125.00 | | -$1,125.00 | | | | |
| 01/20/2006 | 67514 | 05-72 | $1,125.00 | | $1,125.00 | | | | |
| 02/23/2006 | 68545 | 05-72 | $1,125.00 | | $1,125.00 | | | | |
| 03/21/2006 | 69500 | 05-72 | $1,125.00 | | $1,125.00 | | | | |
| 04/20/2006 | 70662 | 05-72 | $1,125.00 | | $1,125.00 | | | | |
| 05/23/2006 | 71828 | 05-72 | $1,125.00 | | $1,125.00 | | | | |
| 06/22/2006 | 72934 | 05-72 | $1,125.00 | | $1,125.00 | | | | |
| 07/06/2006 | 73419 | 05-72 | $825.00 | | $825.00 | | | | |
| | | | $9,825.00 | $0.00 | $9,825.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/16/2006 | 74921 | 06-127 | $1,250.00 | | $1,250.00 | | | | |
| 09/12/2006 | 75824 | 06-127 | $1,250.01 | | $1,250.01 | | | | |
| 09/12/2006 | 75824 | 06-127 | -$1,250.01 | | -$1,250.01 | | | | |
| 09/12/2006 | 75824 | 06-127 | $1,250.01 | | $1,250.01 | | | | |
| 10/17/2006 | 77196 | 06-127 | $1,250.00 | | $1,250.00 | | | | |
| 12/01/2006 | 78883 | 06-127 | $1,250.00 | | $1,250.00 | | | | |
| 12/22/2006 | 79623 | 06-127 | $1,250.00 | | $1,250.00 | | | | |
| 04/26/2007 | 84037 | 06-127 | $750.00 | | $750.00 | | | | |
| 04/26/2007 | 84037 | 06-127 | $750.00 | | $750.00 | | | | |
| 05/11/2007 | 84704 | 06-127 | $750.00 | | $750.00 | | | | |
| 06/14/2007 | 85900 | 06-127 | $750.00 | | $750.00 | | | | |
| 06/14/2007 | 85900 | 06-127 | $750.00 | | $750.00 | | | | |
| 08/09/2007 | 87935 | 06-127 | $750.00 | | $750.00 | | | | |
| 09/06/2007 | 88955 | 06-127 | $750.00 | | $750.00 | | | | |
| 10/04/2007 | 89991 | 06-127 | $750.00 | | $750.00 | | | | |
| 11/19/2007 | 91574 | 06-127 | $750.00 | | $750.00 | | | | |
| 12/17/2007 | 92624 | 06-127 | $750.00 | | $750.00 | | | | |
| 01/18/2008 | 93700 | 06-127 | $750.00 | | $750.00 | | | | |
| 02/14/2008 | 94585 | 06-127 | $750.00 | | $750.00 | | | | |
| 03/13/2008 | 95572 | 06-127 | $750.00 | | $750.00 | | | | |
| 04/15/2008 | 96542 | 06-127 | $750.00 | | $750.00 | | | | |
| 05/15/2008 | 97394 | 06-127 | $750.00 | | $750.00 | | | | |
| | | | $17,500.01 | $0.00 | $17,500.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/01/2006 | 75462 | 06-131 | $500.00 | | $500.00 | | | | |
| 09/28/2006 | 76484 | 06-131 | $500.00 | | $500.00 | | | | |
| 10/31/2006 | 77561 | 06-131 | $500.00 | | $500.00 | | | | |

## ACCOUNT ACTIVITY

| Transaction Date | Check# or Reference | Loan Account | Transaction Amount | Serv. Fees | Interest | Principal | Charges | Other | Trust |
|---|---|---|---|---|---|---|---|---|---|
| 12/01/2006 | 78827 | 06-131 | $500.00 | | $500.00 | | | | |
| 01/04/2007 | 79921 | 06-131 | $500.00 | | $500.00 | | | | |
| 01/16/2007 | 80374 | 06-131 | $500.00 | | $500.00 | | | | |
| 03/01/2007 | 81873 | 06-131 | $500.00 | | $500.00 | | | | |
| 03/29/2007 | 83017 | 06-131 | $500.00 | | $500.00 | | | | |
| 05/03/2007 | 84223 | 06-131 | $500.00 | | $500.00 | | | | |
| 05/24/2007 | 85111 | 06-131 | $500.00 | | $500.00 | | | | |
| 07/03/2007 | 86619 | 06-131 | $500.00 | | $500.00 | | | | |
| 07/20/2007 | 87446 | 06-131 | $60,383.33 | | $383.33 | $60,000.00 | | | |
| | | | $65,883.33 | $0.00 | $5,883.33 | $60,000.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | |
| ⚡ = Electronic Payment | | | $369,083.34 | $0.00 | $59,083.34 | $310,000.00 | $0.00 | $0.00 | $0.00 |

## CHECKS SCHEDULED TO BE PRINTED

| Transaction Date | Scheduled Date | Loan Account | Transaction Amount | Serv. Fees | Interest | Principal | Charges | Other | Trust |
|---|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## TRUST ACCOUNT ACTIVITY

| Transaction Date | Check# or Reference | From Whom Received or To Whom Paid | Description / Memo | Amount Paid Out | Amount Received | Daily Balance |
|---|---|---|---|---|---|---|
| | | | Balance Forward | | | $0.00 |
| 01/19/2005 | PAYMENT | Morros | Borrower Payment | | $1,125.00 | $1,125.00 |
| 01/19/2005 | PAYMENT | Morros | Reverse Borrower Payment | $1,125.00 | | $0.00 |
| 08/18/2005 | PAYMENT | JE Morros Construction | Borrower Payment | | $1,125.00 | $1,125.00 |
| 08/19/2005 | 60298 | Bruce Lee Bledsoe | Handwritten Check | $1,125.00 | | $0.00 |
| 08/26/2005 | 60476 | Bruce Lee Bledsoe or | Handwritten Check | $750.00 | | -$750.00 |
| 08/31/2005 | PAYMENT | Gegory Wissenback | Borrower Payment | | $750.00 | $0.00 |
| 09/15/2005 | PAYMENT | JE Morros Construction | Borrower Payment | | $1,125.00 | $1,125.00 |
| 09/15/2005 | 63142 | Bruce Lee Bledsoe or | Lender Check | $1,125.00 | | $0.00 |
| 09/20/2005 | 63253 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$750.00 |
| 10/06/2005 | PAYMENT | Gegory Wissenback | Borrower Payment | | $750.00 | $0.00 |
| 10/20/2005 | PAYMENT | JE Morros | Borrower Payment | | $1,125.00 | $1,125.00 |
| 10/20/2005 | 64223 | Bruce Lee Bledsoe or | Lender Check | $1,125.00 | | $0.00 |
| 10/21/2005 | 64358 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$750.00 |
| 10/24/2005 | PAYOFF | JE Morros | Borrower Payoff | | $150,000.00 | $149,250.00 |
| 10/24/2005 | 00000 | Bruce Lee Bledsoe or | Handwritten Check | $150,000.00 | | -$750.00 |
| 11/10/2005 | PAYMENT | Gegory Wissenback | Borrower Payment | | $750.00 | $0.00 |
| 11/18/2005 | 65333 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$750.00 |
| 11/18/2005 | 65333 | Bruce Lee Bledsoe or | Handwritten Check | | $750.00 | $0.00 |
| 11/18/2005 | 65333 | Bruce Lee Bledsoe or | Handwritten Check | $750.00 | | -$750.00 |
| 11/18/2005 | 65333 | Bruce Lee Bledsoe or | Handwritten Check | | $750.00 | $0.00 |
| 11/18/2005 | 65333 | Bruce Lee Bledsoe or | Handwritten Check | $750.00 | | -$750.00 |
| 11/29/2005 | PAYMENT | Gregory Wissenback | Borrower Payment | | $750.00 | $0.00 |
| 11/29/2005 | PAYMENT | Gregory Wissenback | Reverse Borrower Payment | $750.00 | | -$750.00 |
| 11/29/2005 | PAYMENT | Gregory Wissenback | Borrower Payment | | $750.00 | $0.00 |
| 11/29/2005 | PAYMENT | Gregory Wissenback | Reverse Borrower Payment | $750.00 | | -$750.00 |
| 12/02/2005 | PAYMENT | Morros | Borrower Payment | | $1,125.00 | $375.00 |
| 12/07/2005 | 65772 | Bruce Lee Bledsoe or | Lender Check | $1,125.00 | | -$750.00 |
| 12/09/2005 | PAYMENT | Gregory Wissenback | Borrower Payment | | $750.00 | $0.00 |
| 12/15/2005 | PAYMENT | Morros | Borrower Payment | | $1,125.00 | $1,125.00 |
| 12/16/2005 | 66339 | Bruce Lee Bledsoe or | Lender Check | $1,125.00 | | $0.00 |
| 12/22/2005 | PAYMENT | Gregory Wissenback | Borrower Payment | | $750.00 | $750.00 |
| 12/22/2005 | PAYMENT | Gregory Wissenback | Reverse Borrower Payment | $750.00 | | $0.00 |
| 12/23/2005 | 66519 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$750.00 |
| 12/23/2005 | 66519 | Bruce Lee Bledsoe or | Check Reversal: Reprint | | $750.00 | $0.00 |
| 01/06/2006 | PAYMENT | Gregory Wissenback | Reverse Borrower Payment | $750.00 | | -$750.00 |
| 01/06/2006 | PAYMENT | Gregory Wissenback | Borrower Payment | | $750.00 | $0.00 |
| 01/06/2006 | 67022 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$750.00 |

## TRUST ACCOUNT ACTIVITY

| Transaction Date | Check# or Reference | From Whom Received or To Whom Paid | Description / Memo | Amount Paid Out | Amount Received | Daily Balance |
|---|---|---|---|---|---|---|
| 01/06/2006 | 67022 | Bruce Lee Bledsoe or | Handwritten Check | | $750.00 | $0.00 |
| 01/06/2006 | 67022 | Bruce Lee Bledsoe or | Handwritten Check | $750.00 | | -$750.00 |
| 01/09/2006 | PAYMENT | Gregory Wissenback | Borrower Payment | | $750.00 | $0.00 |
| 01/11/2006 | 00000 | Bruce Lee Bledsoe or | Handwritten Check | $750.00 | | -$750.00 |
| 01/11/2006 | 00000 | Bruce Lee Bledsoe or | Handwritten Check | | $750.00 | $0.00 |
| 01/19/2006 | PAYMENT | Morros | Borrower Payment | | $1,125.00 | $1,125.00 |
| 01/20/2006 | 67508 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | $375.00 |
| 01/20/2006 | 67514 | Bruce Lee Bledsoe or | Lender Check | $1,125.00 | | -$750.00 |
| 01/20/2006 | 67514 | Bruce Lee Bledsoe or | Handwritten Check | $1,125.00 | | -$1,875.00 |
| 01/20/2006 | 67514 | Bruce Lee Bledsoe or | Handwritten Check | | $1,125.00 | -$750.00 |
| 02/09/2006 | PAYMENT | Gregory Wissenback | Borrower Payment | | $750.00 | $0.00 |
| 02/21/2006 | 68487 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$750.00 |
| 02/23/2006 | 68545 | Bruce Lee Bledsoe or | Lender Check | $1,125.00 | | -$1,875.00 |
| 03/02/2006 | PAYMENT | Morros | Borrower Payment | | $1,125.00 | -$750.00 |
| 03/07/2006 | PAYMENT | Gregory Wissenback | Borrower Payment | | $750.00 | $0.00 |
| 03/21/2006 | 69500 | Bruce Lee Bledsoe or | Lender Check | $1,125.00 | | -$1,125.00 |
| 03/21/2006 | 69510 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$1,875.00 |
| 03/23/2006 | PAYMENT | Morros | Borrower Payment | | $1,125.00 | -$750.00 |
| 04/07/2006 | PAYMENT | Gregory Wissenback | Borrower Payment | | $750.00 | $0.00 |
| 04/20/2006 | 70661 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$750.00 |
| 04/20/2006 | 70662 | Bruce Lee Bledsoe or | Lender Check | $1,125.00 | | -$1,875.00 |
| 04/27/2006 | PAYMENT | Morros | Borrower Payment | | $1,125.00 | -$750.00 |
| 05/09/2006 | PAYMENT | Gregory Wissenback | Borrower Payment | | $750.00 | $0.00 |
| 05/22/2006 | PAYMENT | Gregory Wissenback | Borrower Payment | | $750.00 | $750.00 |
| 05/22/2006 | PAYMENT | Morros | Borrower Payment | | $1,125.00 | $1,875.00 |
| 05/23/2006 | 71826 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | $1,125.00 |
| 05/23/2006 | 71828 | Bruce Lee Bledsoe or | Lender Check | $1,125.00 | | $0.00 |
| 06/22/2006 | PAYMENT | Morros | Borrower Payment | | $1,125.00 | $1,125.00 |
| 06/22/2006 | PAYMENT | Gregory Wissenback | Borrower Payment | | $750.00 | $1,875.00 |
| 06/22/2006 | 72935 | Bruce Lee Bledsoe or | Lender Check | $1,125.00 | | $750.00 |
| 06/22/2006 | 72938 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | $0.00 |
| 07/06/2006 | PAYOFF | Morros | Borrower Payoff | | $825.00 | $825.00 |
| 07/06/2006 | 73419 | Bruce Lee Bledsoe or | Lender Check | $825.00 | | $0.00 |
| 07/24/2006 | OTHER | Gregory Wissenback | Borrower Payment | | $750.00 | $750.00 |
| 07/25/2006 | 74087 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | $0.00 |
| 08/15/2006 | PAYMENT | Gregory Wissenback | Borrower Payment | | $750.00 | $750.00 |
| 08/15/2006 | 74906 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | $0.00 |
| 08/16/2006 | PAYMENT | Patrick Hawkins | Borrower Payment | | $1,250.00 | $1,250.00 |
| 08/16/2006 | 74921 | Bruce Lee Bledsoe or | Lender Check | $1,250.00 | | $0.00 |
| 08/28/2006 | PAYMENT | William A. Konopisos | Borrower Payment | | $500.00 | $500.00 |
| 09/01/2006 | 75462 | Bruce Lee Bledsoe or | Lender Check | $500.00 | | $0.00 |
| 09/11/2006 | PAYMENT | Patrick Hawkins | Reverse Borrower Payment | $1,250.01 | | -$1,250.01 |
| 09/11/2006 | PAYMENT | Patrick Hawkins | Borrower Payment | | $1,250.01 | $0.00 |
| 09/12/2006 | PAYMENT | Patrick Hawkins | Borrower Payment | | $1,250.01 | $1,250.01 |
| 09/12/2006 | 75824 | Bruce Lee Bledsoe or | Lender Check | $1,250.01 | | $0.00 |
| 09/12/2006 | 75824 | Bruce Lee Bledsoe or | Handwritten Check | | $1,250.01 | $1,250.01 |
| 09/12/2006 | 75824 | Bruce Lee Bledsoe or | Handwritten Check | $1,250.01 | | $0.00 |
| 09/21/2006 | OTHER | Gregory Wissenback | Borrower Payment | | $750.00 | $750.00 |
| 09/21/2006 | 76302 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | $0.00 |
| 09/28/2006 | PAYMENT | William A. Konopisos | Borrower Payment | | $500.00 | $500.00 |
| 09/28/2006 | 76484 | Bruce Lee Bledsoe or | Lender Check | $500.00 | | $0.00 |
| 10/17/2006 | PAYMENT | Patrick Hawkins | Borrower Payment | | $1,250.00 | $1,250.00 |
| 10/17/2006 | 77196 | Bruce Lee Bledsoe or | Lender Check | $1,250.00 | | $0.00 |
| 10/24/2006 | OTHER | Gregory Wissenback | Borrower Payment | | $750.00 | $750.00 |
| 10/24/2006 | 77447 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | $0.00 |
| 10/31/2006 | PAYMENT | William A. Konopisos | Borrower Payment | | $500.00 | $500.00 |
| 10/31/2006 | 77561 | Bruce Lee Bledsoe or | Lender Check | $500.00 | | $0.00 |
| 11/21/2006 | OTHER | Gregory Wissenback | Borrower Payment | | $750.00 | $750.00 |

## TRUST ACCOUNT ACTIVITY

| Transaction Date | Check# or Reference | From Whom Received or To Whom Paid | Description / Memo | Amount Paid Out | Amount Received | Daily Balance |
|---|---|---|---|---|---|---|
| 11/21/2006 | 78611 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | $0.00 |
| 11/30/2006 | PAYMENT | William A. Konopisos | Borrower Payment | | $500.00 | $500.00 |
| 12/01/2006 | PAYMENT | Patrick Hawkins | Borrower Payment | | $1,250.00 | $1,750.00 |
| 12/01/2006 | 78773 | Bruce Lee Bledsoe or | Lender Check | $500.00 | | $1,250.00 |
| 12/01/2006 | 78883 | Bruce Lee Bledsoe or | Lender Check | $1,250.00 | | $0.00 |
| 12/21/2006 | PAYMENT | Gregory Wissenback | Borrower Payment | | $750.00 | $750.00 |
| 12/21/2006 | 79574 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | $0.00 |
| 12/22/2006 | OTHER | Patrick Hawkins | Borrower Payment | | $1,250.00 | $1,250.00 |
| 12/22/2006 | 79623 | Bruce Lee Bledsoe or | Lender Check | $1,250.00 | | $0.00 |
| 01/04/2007 | PAYMENT | William A. Konopisos | Borrower Payment | | $500.00 | $500.00 |
| 01/04/2007 | 79921 | Bruce Lee Bledsoe or | Lender Check | $500.00 | | $0.00 |
| 01/16/2007 | PAYMENT | William A. Konopisos | Borrower Payment | | $500.00 | $500.00 |
| 01/16/2007 | 80374 | Bruce Lee Bledsoe or | Lender Check | $500.00 | | $0.00 |
| 01/25/2007 | PAYMENT | Gregory Wissenback | Borrower Payment | | $750.00 | $750.00 |
| 01/25/2007 | 80747 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | $0.00 |
| 02/22/2007 | OTHER | Gregory Wissenback | Borrower Payment | | $750.00 | $750.00 |
| 02/22/2007 | 81745 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | $0.00 |
| 03/01/2007 | PAYMENT | William A. Konopisos | Borrower Payment | | $500.00 | $500.00 |
| 03/01/2007 | 81873 | Bruce Lee Bledsoe or | Lender Check | $500.00 | | $0.00 |
| 03/13/2007 | PAYMENT | 1493 Giannotti Dr. | --- Void --- | | $0.00 | $0.00 |
| 03/20/2007 | OTHER | Gregory Wissenback | Borrower Payment | | $750.00 | $750.00 |
| 03/20/2007 | 82665 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | $0.00 |
| 03/29/2007 | PAYMENT | William A. Konopisos | Borrower Payment | | $500.00 | $500.00 |
| 03/29/2007 | 83017 | Bruce Lee Bledsoe or | Lender Check | $500.00 | | $0.00 |
| 04/13/2007 | PAYMENT | 1493 Giannotti Dr. | --- Void --- | | $0.00 | $0.00 |
| 04/13/2007 | 83678 | Bruce Lee Bledsoe or | --- Void --- | | $0.00 | $0.00 |
| 04/13/2007 | 83694 | Bruce Lee Bledsoe or | --- Void --- | | $0.00 | $0.00 |
| 04/13/2007 | 83702 | Bruce Lee Bledsoe or | Lender Check | $1,500.00 | | -$1,500.00 |
| 04/13/2007 | 83702 | Bruce Lee Bledsoe or | Check Reversal: Reprint | | $1,500.00 | $0.00 |
| 04/23/2007 | OTHER | Gregory Wissenback | Borrower Payment | | $750.00 | $750.00 |
| 04/24/2007 | 83907 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | $0.00 |
| 04/26/2007 | 84037 | Bruce Lee Bledsoe or | Lender Check | $1,500.00 | | -$1,500.00 |
| 05/03/2007 | PAYMENT | William A. Konopisos | Borrower Payment | | $500.00 | -$1,000.00 |
| 05/03/2007 | 84223 | Bruce Lee Bledsoe or | Lender Check | $500.00 | | -$1,500.00 |
| 05/11/2007 | PAYMENT | 1493 Giannotti Dr. | Borrower Payment | | $750.00 | -$750.00 |
| 05/11/2007 | 84704 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$1,500.00 |
| 05/24/2007 | OTHER | Gregory Wissenback | Borrower Payment | | $750.00 | -$750.00 |
| 05/24/2007 | PAYMENT | William A. Konopisos | Borrower Payment | | $500.00 | -$250.00 |
| 05/24/2007 | 85111 | Bruce Lee Bledsoe or | Lender Check | $500.00 | | -$750.00 |
| 05/24/2007 | 85227 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$1,500.00 |
| 06/14/2007 | PAYMENT | 1493 Giannotti Dr. | Borrower Payment | | $750.00 | -$750.00 |
| 06/14/2007 | PAYMENT | 1493 Giannotti Dr. | Borrower Payment | | $750.00 | $0.00 |
| 06/14/2007 | 85900 | Bruce Lee Bledsoe or | Lender Check | $1,500.00 | | -$1,500.00 |
| 06/21/2007 | OTHER | Gregory Wissenback | Borrower Payment | | $750.00 | -$750.00 |
| 06/21/2007 | 86132 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$1,500.00 |
| 07/02/2007 | PAYMENT | William A. Konopisos | Borrower Payment | | $500.00 | -$1,000.00 |
| 07/03/2007 | 86619 | Bruce Lee Bledsoe or | Lender Check | $500.00 | | -$1,500.00 |
| 07/20/2007 | PAYOFF | William A. Konopisos | Borrower Payoff | | $60,383.33 | $58,883.33 |
| 07/20/2007 | 87446 | Bruce Lee Bledsoe or | Lender Check | $60,383.33 | | -$1,500.00 |
| 07/24/2007 | OTHER | Gregory Wissenback | Borrower Payment | | $750.00 | -$750.00 |
| 07/24/2007 | 87442 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$1,500.00 |
| 08/09/2007 | PAYMENT | 1493 Giannotti Dr. | Borrower Payment | | $750.00 | -$750.00 |
| 08/09/2007 | 87935 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$1,500.00 |
| 08/14/2007 | PAYMENT | Gregory Wissenback | Borrower Payment | | $750.00 | -$750.00 |
| 08/17/2007 | 88249 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$1,500.00 |
| 09/05/2007 | PAYMENT | 1493 Giannotti Dr. | Borrower Payment | | $750.00 | -$750.00 |
| 09/06/2007 | 88955 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$1,500.00 |
| 09/20/2007 | | Gregory Wissenback | Borrower Payment | | $750.00 | -$750.00 |

## TRUST ACCOUNT ACTIVITY

| Transaction Date | Check# or Reference | From Whom Received or To Whom Paid | Description / Memo | Amount Paid Out | Amount Received | Daily Balance |
|---|---|---|---|---|---|---|
| 09/20/2007 | 89542 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$1,500.00 |
| 10/03/2007 | | 1493 Giannotti Dr. | Borrower Payment | | $750.00 | -$750.00 |
| 10/04/2007 | 89991 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$1,500.00 |
| 10/22/2007 | | Gregory Wissenback | Borrower Payment | | $750.00 | -$750.00 |
| 10/23/2007 | 90610 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$1,500.00 |
| 11/16/2007 | | 1493 Giannotti Dr. | Borrower Payment | | $750.00 | -$750.00 |
| 11/19/2007 | 91574 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$1,500.00 |
| 11/21/2007 | | Gregory Wissenback | Borrower Payment | | $750.00 | -$750.00 |
| 11/27/2007 | 91864 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$1,500.00 |
| 12/14/2007 | | 1493 Giannotti Dr. | Borrower Payment | | $750.00 | -$750.00 |
| 12/17/2007 | 92624 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$1,500.00 |
| 12/20/2007 | | Gregory Wissenback | Borrower Payment | | $750.00 | -$750.00 |
| 12/20/2007 | 92774 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$1,500.00 |
| 01/15/2008 | | Gregory Wissenback | Borrower Payment | | $100,000.00 | $98,500.00 |
| 01/15/2008 | | Gregory Wissenback | Borrower Payment | | $750.00 | $99,250.00 |
| 01/15/2008 | 93417 | Bruce Lee Bledsoe or | Lender Check | $100,750.00 | | -$1,500.00 |
| 01/16/2008 | | 1493 Giannotti Dr. | Borrower Payment | | $750.00 | -$750.00 |
| 01/18/2008 | 93700 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$1,500.00 |
| 02/14/2008 | | 1493 Giannotti Dr. | Borrower Payment | | $750.00 | -$750.00 |
| 02/14/2008 | 94585 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$1,500.00 |
| 03/13/2008 | | 1493 Giannotti Dr. | Borrower Payment | | $750.00 | -$750.00 |
| 03/13/2008 | 95572 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$1,500.00 |
| 04/15/2008 | | 1493 Giannotti Dr. | Borrower Payment | | $750.00 | -$750.00 |
| 04/15/2008 | 96542 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$1,500.00 |
| 05/15/2008 | | 1493 Giannotti Dr. | Borrower Payment | | $750.00 | -$750.00 |
| 05/15/2008 | 97394 | Bruce Lee Bledsoe or | Lender Check | $750.00 | | -$1,500.00 |
| | | | | $382,083.36 | $380,583.36 | |

## OUTSTANDING CHARGES AND ADVANCES

| Date of Charge | Reference | Description | Interest Rate | Loan Account | Original Amount | Amount Owed To You | Amount You Owe |
|---|---|---|---|---|---|---|---|
| | | | | | $0.00 | $0.00 | $0.00 |