# EXHIBIT 2

## INVESTOR PAYMENT SUMMARY
### (July 10, 2006 through July 9, 2008)
### (BLEDSOE)

| LOAN NO. | DATE | REFERENCE | PRINCIPAL | INTEREST |
|---|---|---|---|---|
| | | PAYMENTS TO INVESTOR | | |
| 05-51 | 07/25/06 | 74087 | | 750.00 |
| 05-51 | 08/15/06 | 74906 | | 750.00 |
| 06-127 | 08/16/06 | 74921 | | 1,250.00 |
| 06-131 | 09/01/06 | 75462 | | 500.00 |
| 06-127 | 09/12/06 | 75824 | | 1,250.01 |
| 06-127 | 09/12/06 | 75824 | | -1,250.01 |
| 06-127 | 09/12/06 | 78524 | | 1,250.01 |
| 05-51 | 09/21/06 | 76302 | | 750.00 |
| 06-131 | 09/28/06 | 76484 | | 500.00 |
| 06-127 | 10/17/06 | 77196 | | 1,250.00 |
| 05-51 | 10/24/06 | 77447 | | 750.00 |
| 06-131 | 10/31/06 | 77561 | | 500.00 |
| 05-51 | 11/21/06 | 78611 | | 750.00 |
| 06-127 | 12/01/06 | 78883 | | 1,250.00 |
| 06-131 | 12/01/06 | 78827 | | 500.00 |
| 05-51 | 12/21/06 | 79574 | | 750.00 |
| 06-127 | 12/22/06 | 79623 | | 1,250.00 |
| 06-131 | 01/04/07 | 79921 | | 500.00 |
| 06-131 | 01/16/07 | 80374 | | 500.00 |
| 05-51 | 01/25/07 | 80747 | | 750.00 |
| 05-51 | 02/22/07 | 81745 | | 750.00 |
| 06-131 | 03/01/07 | 81873 | | 500.00 |
| 05-51 | 03/20/07 | 82665 | | 750.00 |
| 06-131 | 03/29/07 | 83017 | | 500.00 |
| 05-51 | 04/24/07 | 83907 | | 750.00 |
| 06-127 | 04/26/07 | 84037 | | 750.00 |
| 06-127 | 04/26/07 | 84037 | | 750.00 |
| 06-131 | 05/03/07 | 84223 | | 500.00 |
| 06-127 | 05/11/07 | 84704 | | 750.00 |
| 05-51 | 05/24/07 | 85227 | | 750.00 |
| 06-131 | 05/24/07 | 85111 | | 500.00 |
| 06-127 | 06/14/07 | 85900 | | 750.00 |
| 06-127 | 06/14/07 | 89500 | | 750.00 |
| 05-51 | 06/21/07 | 86132 | | 750.00 |
| 06-131 | 07/03/07 | 86619 | | 500.00 |
| 06-131 | 07/20/07 | 87446 | 60,000.00 | 383.33 |
| 05-51 | 07/24/07 | 87442 | | 750.00 |
| 06-127 | 08/09/07 | 87935 | | 750.00 |
| 05-51 | 08/17/07 | 88249 | | 750.00 |
| 06-127 | 09/06/07 | 88955 | | 750.00 |
| 05-51 | 09/20/07 | 89542 | | 750.00 |
| 06-127 | 10/04/07 | 89991 | | 750.00 |
| 05-51 | 10/23/07 | 90610 | | 750.00 |
| 06-127 | 11/19/07 | 91574 | | 750.00 |
| 05-51 | 11/27/07 | 91864 | | 750.00 |
| 06-127 | 12/17/07 | 92624 | | 750.00 |
| 05-51 | 12/20/07 | 92774 | | 750.00 |
| 05-51 | 01/15/08 | 93417 | 100,000.00 | 750.00 |

1

| 06-127 | 01/18/08 | 93700 | | 750.00 |
|--------|----------|-------|--|--------|
| 06-127 | 02/14/08 | 94585 | | 750.00 |
| 06-127 | 03/13/08 | 95572 | | 750.00 |
| 06-127 | 04/15/08 | 96542 | | 750.00 |
| 06-127 | 05/15/08 | 97394 | | 750.00 |
| | | | 160,000.00 | 37,633.34 |