JOHN F. MURTHA, ESQ.
**Nevada Bar No. 835**
BRENOCH R. WIRTHLIN, ESQ.
**Nevada Bar No. 10282**
WOODBURN AND WEDGE
Sierra Plaza
6100 Neil Road, Ste. 500
Post Office Box 2311
Reno, Nevada 89505
Telephone: 775-688-3000
Facsimile : 775-688-3088
jmurtha@woodburnandwedge.com

Attorneys for Trustee
Angelique L.M. Clark

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In re: | Case No. BK-08-51131-GWZ<br>Chapter 7 |
| CETUS MORTGAGE, LTD. | |
| Debtor. / | |
| ANGELIQUE L.M. CLARK, TRUSTEE, | Adv. No. 10-05052 |
| Plaintiff, | **NOTICE OF RESCHEDULED ADVERSARY SCHEDULING CONFERENCE** |
| vs. | |
| BRUCE LEE BLEDSOE and AGNES CHING BLEDSOE, | Old Date: October 27, 2010<br>Old Time: 9:00 a.m. |
| Defendants. / | **New Date: January 26, 2011**<br>**New Time: 9:00 a.m.** |

Please take notice that the Adversary Scheduling Conference in the above captioned matter has been rescheduled. The Conference, originally set for October 27, 2010, has been rescheduled for **January 26, 2011**, at **9:00 a.m.**

The Conference will be held in the Courtroom of the Honorable Gregg W. Zive, located at 300 Booth Street, Reno, Nevada.

DATED this 22nd day of October, 2010.

        WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511

By _____
    John F. Murtha, Esq.
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that I am an employee of the law firm of Woodburn and Wedge, and that on the 22 day of October, 2010, I caused the foregoing document to be delivered to all parties to this action by:

____✓____    placing a true copy thereof in a sealed, stamped envelope with the
United States Postal Service at Reno, Nevada

_____    personal delivery

_____    facsimile

_____    electronic filing

_____    Federal Express or other overnight delivery

_____    Reno/Carson Messenger Service

addressed as follows:

> Judith Otto, Esq.
> 1610 Montclair Ave., Ste. B
> Reno, Nevada 89509

*[signature]*