JOHN F. MURTHA, ESQ.
**Nevada Bar No. 835**
BRENOCH R. WIRTHLIN, ESQ.
**Nevada Bar No. 10282**
WOODBURN AND WEDGE
Sierra Plaza
6100 Neil Road, Ste. 500
Post Office Box 2311
Reno, Nevada  89505
Telephone:  775-688-3000
Facsimile :  775-688-3088
jmurtha@woodburnandwedge.com

Attorneys for Trustee
Angelique L.M. Clark

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| In re: | Case No.  BK-08-51131-GWZ |
| | Chapter   7 |
| CETUS MORTGAGE, LTD. | |
| Debtor. | |
| _____/ | |
| ANGELIQUE L.M. CLARK, TRUSTEE, | Adv. No. 10-05052 |
| Plaintiff, | **DECLARATION OF JOHN F. MURTHA IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT AGNES CHING BLEDSOE** |
| vs. | |
| BRUCE LEE BLEDSOE and AGNES CHING BLEDSOE, | |
| | No Hearing Required |
| Defendants. | |
| _____/ | |

I, John F. Murtha, declare as follows:

    1.    That I am an attorney duly licensed to practice law in the State of Nevada, and a member of the law firm of Woodburn and Wedge.

2. That I am the attorney for Angelique L.M. Clark, Trustee.

3. That on November 29, 2010, a Summons and Notice of Scheduling Conference in an Adversary Proceeding was issued against Defendant Agnes Ching Bledsoe with a 30-day time limit.

4. That on November 29, 2010, the Summons, First Amended Complaint and Notice of Rescheduled Adversary Scheduling Conference packet was served on Agnes Ching Bledsoe by certified mail. Receipt of delivery of said documents was dated November 30, 2010.

5. That on December 2, 2011, the Certificate of Service was filed.

6. That more than 30 days have expired since the issuance of the Summons.

7. That Agnes Ching Bledsoe has not filed a response with the time limit fixed by the Court or by FRBP 7012(a).

8. That to my knowledge Agnes Ching Bledsoe is not in the military service as required by 50 USC App. § 520.

9. That to my knowledge Agnes Ching Bledsoe is not an infant or incompetent person as is required by FRCP 55(b)(1).

I declare that under penalty of perjury, the foregoing is true and correct.

DATED this 12th day of January, 2011.

WOODBURN AND WEDGE

By _____
John F. Murtha, Esq.
Attorneys for Plaintiff
Angelique L.M. Clark