JOHN F. MURTHA, ESQ.
**Nevada Bar No. 835**
BRENOCH R. WIRTHLIN, ESQ.
**Nevada Bar No. 10282**
WOODBURN AND WEDGE
Sierra Plaza
6100 Neil Road, Ste. 500
Post Office Box 2311
Reno, Nevada  89505
Telephone: 775-688-3000
Facsimile  : 775-688-3088
jmurtha@woodburnandwedge.com

Attorneys for Trustee
Angelique L.M. Clark

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In re: | Case No.  BK-08-51131-GWZ |
| | Chapter   7 |
| CETUS MORTGAGE, LTD. | |
| Debtor. / | |
| ANGELIQUE L.M. CLARK, TRUSTEE, | Adv. No. 10-05052 |
| Plaintiff, | **PRAECIPE FOR DEFAULT AGAINST DEFENDANT BRUCE LEE BLEDSOE** |
| vs. | **No Hearing Required** |
| BRUCE LEE BLEDSOE and AGNES CHING BLEDSOE, | |
| Defendants. / | |

TO:    CLERK OF THE U.S. BANKRUPTCY COURT, DISTRICT OF NEVADA

It is hereby requested that the Default of the Defendant Bruce Lee. Bledsoe be taken for failure to plead or otherwise defend the above-entitled action as provided by

FRBP 7012(a) and in accordance with the Declaration of John F. Murtha, Esq. filed contemporaneously herewith, be entered.

DATED this 12th day of January, 2011.

WOODBURN AND WEDGE

By _____
John F. Murtha, Esq.
Attorneys for Plaintiff
Angelique L.M. Clark