B 260
(1/96)

# United States Bankruptcy Court

_____ District Of Nevada

RECEIVED AND FILED
2011 JAN 19 PM 12: 11
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

| | | |
|---|---|---|
| In re CETUS MORTGAGE, LTD.,<br>Debtor | ) | Case No. BK-08-51131-GWZ |
| | ) | Chapter 7 |
| ANGELIQUE L.M. CLARK, TRUSTEE,<br>Plaintiff | ) | |
| v.<br>BRUCE & AGNES BLEDSOE,<br>Defendant | ) | Adv. Proc. No. 10-05052-GWZ |

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Name:   BRUCE LEE BLEDSOE

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

MARY A. SCHOTT, CLERK
Clerk of the Bankruptcy Court

1/19/11
Date

By: C. Youngblood
Deputy Clerk