B 260
(1/96)

# United States Bankruptcy Court

RECEIVED AND FILED

2011 JAN 19 PM 12: 11

_____ District Of  Nevada

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

In re  CETUS MORTGAGE, LRD. _____ ,
          Debtor

ANGELIQUE L.M. CLARK, TRUSTEE ___ ,
          Plaintiff

          v.
BRUCE & AGNES BLEDSOE ─────── ,
          Defendant

)
)
)
)
)
)
)
)
)
)
)
)

Case No. BK-08-51131-GWZ

Chapter  7 _____

Adv. Proc. No.  10-05052-GWZ

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | **AGNES CHING BLEDSOE** |
|---|---|

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

**MARY A. SCHOTT, CLERK**
_____
*Clerk of the Bankruptcy Court*

1/19/11
_____
Date

By: _____
*Deputy Clerk*