JOHN F. MURTHA, ESQ.
**Nevada Bar No. 835**
BRENOCH R. WIRTHLIN, ESQ.
**Nevada Bar No. 10282**
WOODBURN AND WEDGE
Sierra Plaza
6100 Neil Road, Ste. 500
Post Office Box 2311
Reno, Nevada 89505
Telephone: 775-688-3000
Facsimile : 775-688-3088
jmurtha@woodburnandwedge.com

Attorneys for Trustee
Angelique L.M. Clark

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In re: | Case No. BK-08-51131-GWZ<br>Chapter 7 |
| CETUS MORTGAGE, LTD. | |
| Debtor. / | |
| ANGELIQUE L.M. CLARK, TRUSTEE, | Adv. No. 10-05052 |
| Plaintiff, | **THIRD NOTICE OF RESCHEDULED ADVERSARY SCHEDULING CONFERENCE** |
| vs. | |
| BRUCE LEE BLEDSOE and AGNES CHING BLEDSOE, | Old Date: March 2, 2011<br>Old Time: 9:00 a.m. |
| Defendants. / | **New Date: April 20, 2011**<br>**New Time: 9:00 a.m.** |

Please take notice that the Adversary Scheduling Conference in the above captioned matter has been rescheduled. The Conference, originally set for March 2, 2011, has been rescheduled for **April 20, 2011**, at **9:00 a.m.**

The Conference will be held in the Courtroom of the Honorable Gregg W. Zive, located at 300 Booth Street, Reno, Nevada.

DATED this 1st day of March, 2011.

WOODBURN AND WEDGE

By _____
John F. Murtha, Esq.
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that I am an employee of the law firm of Woodburn and Wedge, and that on the ___1___ day of March, 2011, I caused the foregoing document to be delivered to all parties to this action by:

___✓___  placing a true copy thereof in a sealed, stamped envelope with the United States Postal Service at Reno, Nevada

_____  personal delivery

_____  facsimile

_____  electronic filing

_____  Federal Express or other overnight delivery

_____  Reno/Carson Messenger Service

addressed as follows:

John White, Esq.
335 W. First St.
Reno, Nevada  89503

_____
Denise Sarcani