**Entered on Docket**
**March 07, 2011**

Hon. Gregg W. Zive
**United States Bankruptcy Judge**

John White, Esq. S.B. 1741
335 West First Street
Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
Counsel for the Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | CASE NO. BK-N-08-51131-gwz |
| | ) | |
| CETUS MORTGAGE, LTD., | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |
| _____/ | ) | |
| | ) | |
| ANGELIQUE L.M. CLARK | ) | Adversary No.: 10-05052-gwz |
| | ) | |
| Plaintiff, | ) | ORDER SETTING ASIDE CLERK'S |
| | ) | DEFAULT |
| vs. | ) | |
| | ) | |
| BRUCE LEE BLEDSOE and | ) | |
| AGNES CHING BLEDSOE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____/ | ) | |

The Clerk of this Court having entered a default against Defendants on the 19th day of

January, 2011, by reason of the Defendants' failure to timely answer or otherwise plead to the

Complaint ("Clerk's Defaults"), and

WHITE LAW
CHARTERED
LAWYERS
7TH CENTURY BLDG
35 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Counsel for Plaintiffs and Defendants herein having, on the 25th day of February, 2011, stipulated to set aside the said Clerk's Defaults, which stipulation was filed herein on February March 3, 2011,  and, good cause appearing,

IT IS HEREBY ORDERED that the Clerk's Default be and the same hereby is set aside. Defendants shall be promptly file  their Answer, a copy of which is attached to the Stipulation For Entry of Order Setting Aside Clerk's Default.

### 

WHITE LAW
CHARTERED
LAWYERS
7TH CENTURY BLDG.
35 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228

2

CERTIFICATION PURSUANT TO LR 9021

Counsel submitting this document certifies that the order accurately reflects the Court's ruling and that (check one):

_____ The court has waived the requirements set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection.

✓ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order, and no parties appeared or filed written objections.

Dated this 3rd day of March 2011.

WHITE LAW CHARTERED

_____
JOHN WHITE, ESQ.

WHITE LAW
CHARTERED
LAWYERS
7TH CENTURY BLDG
15 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228

3