Entered on Docket
March 07, 2011

_____
Hon. Gregg W. Zive
United States Bankruptcy Judge

John White, Esq. S.B. 1741
335 West First Street
Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
Counsel for the Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO. BK-N-08-51131-gwz |
| CETUS MORTGAGE, LTD., | Chapter 7 |
| Debtor | |
| ANGELIQUE L.M. CLARK | Adversary No.: 10-05052-gwz |
| Plaintiff, | ORDER SETTING ASIDE CLERK'S DEFAULT |
| vs. | |
| BRUCE LEE BLEDSOE and AGNES CHING BLEDSOE, | |
| Defendants. | |

The Clerk of this Court having entered a default against Defendants on the 19th day of January, 2011, by reason of the Defendants' failure to timely answer or otherwise plead to the Complaint ("Clerk's Defaults"), and

WHITE LAW
CHARTERED
LAWYERS
JTH CENTURY BLDG
35 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228

1

Counsel for Plaintiffs and Defendants herein having, on the 25th day of February, 2011, stipulated to set aside the said Clerk's Defaults, which stipulation was filed herein on ~~February~~ March 3, 2011, and, good cause appearing,

IT IS HEREBY ORDERED that the Clerk's Default be and the same hereby is set aside. Defendants shall be promptly file their Answer, a copy of which is attached to the Stipulation For Entry of Order Setting Aside Clerk's Default.

###

WHITE LAW
CHARTERED
LAWYERS
7TH CENTURY BLDG.
35 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228

## CERTIFICATION PURSUANT TO LR 9021

Counsel submitting this document certifies that the order accurately reflects the Court's ruling and that (check one):

___ The court has waived the requirements set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection.

✓ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order, and no parties appeared or filed written objections.

Dated this 3rd day of March 2011.

WHITE LAW CHARTERED

_____
JOHN WHITE, ESQ.

WHITE LAW CHARTERED
LAWYERS
7TH CENTURY BLDG.
35 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228

```
                         United States Bankruptcy Court
                                District of Nevada
CLARK,
              Plaintiff                                   Adv. Proc. No. 10-05052-gwz
BLEDSOE,
              Defendant
                                  CERTIFICATE OF NOTICE
District/off: 0978-3         User: wenszellg        Page 1 of 1         Date Rcvd: Mar 07, 2011
                             Form ID: pdf984        Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2011.
ust          +ANTONIA DARLING,    300 LAS VEGAS BLVD., SO. #4300,    LAS VEGAS, NV 89101-5803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion17.sf.ecf@usdoj.gov Mar 08 2011 02:09:03     AUGUST B. LANDIS,
              OFFICE OF UST FOR REGION 17,    235 PINE STREET, ROOM 700,    SAN FRANCISCO, CA 94104-2736
ust          +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Mar 08 2011 01:53:04     J MICHAL BLOOM,
              300 LAS VEGAS BLVD S #4300,    LAS VEGAS, NV 89101-5803
ust           E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Mar 08 2011 01:53:01     NICHOLAS STROZZA,
              300 BOOTH ST RM 2129,    RENO, NV  89509
ust          +E-mail/Text: scott.a.farrow@usdoj.gov Mar 08 2011 01:53:03     SCOTT ANDREW FARROW,
              DEPT OF JUSTICE, OFFICE OF US TRUSTEE,    300 LAS VEGAS BLVD., SO.,    LAS VEGAS, NV 89101-5833
ust           E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Mar 08 2011 01:53:01     WILLIAM B COSSITT,
              U.S. TRUSTEE'S OFFICE,    300 BOOTH ST #2129,    RENO, NV  89509
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 09, 2011**                    Signature:  _Joseph Speetjens_