John White, Esq., SB #1741
WHITE LAW CHARTERED
335 West First Street
Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com

E-filed on ~~February~~ April 1st, 2011

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

CETUS MORTGAGE, LTD.,

Debtor.
_____/

ANGELIQUE L.M. CLARK

     Plaintiff,

vs

BRUCE LEE BLEDSOE and
AGNES CHING BLEDSOE

     Defendants.
_____/

CASE NO: BK-N-08-51131-GWZ

Chapter 7

Adversary Case 10:05052-gwz

**ANSWER**

COMES NOW Defendants, above named, by counsel, who, as and for answer to Plaintiff's complaint, admit, deny and allege as follows:

**PARTIES, JURISDICTION AND VENUE**

1. Defendants admit the allegations contained within the following paragraphs: 1,2,3,4,5,6

**GENERAL ALLEGATIONS**

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

1. Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained within the following paragraphs and therefore deny same: 7, 8, 9, 10, 11, 14, 15, 16.

3. Defendants admit the allegations contained within the following paragraphs: 12, 13.

## FIRST CLAIM FOR RELIEF

1. Defendants reassert their answers as above to the following paragraphs of the complaint: 1-16.

2. Defendants deny the allegations contained within the following paragraphs: 18, 20, 21, 22, 23.

3. Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained within the following paragraphs and therefore deny same: 19.

## SECOND CLAIM FOR RELIEF

1. Defendants reassert their answers as above to the following paragraphs of the complaint: 1-23.

2. Defendants deny the allegations contained within the following paragraphs: 27.

3. Defendants are without sufficient information or knowledge to form a belief as to the truth of the truth of the allegations contained within the following paragraphs and therefore deny same: 25, 26.

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

Wherefore Defendants pray that the First Amended Complaint be dismissed, with costs and reasonable attorney fees to Defendants.

## Affirmative Defenses

1. The First Amended Complaint fails to state a claim upon which relief may be granted.

2. Defendants at all times material hereto were acting and are now acting in good faith.

3. Defendants invested with Cetus Mortgage Ltd on ordinary business terms and were repaid by Cetus and its agents on ordinary business terms.

4. The First Amended Complaint is barred by the doctrines of equitable estoppel, waiver, unclean hands, laches, and the statute of frauds.

5. Any injury caused Plaintiff was by the actions of third parties for whom Defendants have no responsibility.

Dated: February 25, 2011.

WHITE LAW CHARTERED

John White, Esq.
335 W. 1st. St.
Reno, NV 89503
775-322-8000
775-322-1228 (fax)
john@whitelawchartered.com
Attorney for Defendants

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

3