E-filed on April 12, 2011

```
 1   John White, Esq.
 2   335 West First Street
     Reno, NV 89503
 3   775-322-8000
     775-322-1228 (Fax)
 4   john@whitelawchartered.com
 5   Counsel for the Defendants
 6
 7                    UNITED STATES BANKRUPTCY COURT
                             DISTRICT OF NEVADA
 8
 9   In re:                              )   CASE NO. BK-N-08-51131-gwz
                                         )
10   CETUS MORTGAGE, LTD.,               )   Chapter 7
                                         )
11               Debtor                  )
     _____)
12                                       )
     ANGELIQUE L.M. CLARK                )   Adversary No.: 10-05052-gwz
13                                       )
                 Plaintiff,              )   REQUEST FOR SPECIAL NOTICE
14                                       )   FOR SERVICE OF PLEADINGS AND
     vs.                                 )   OTHER PAPERS
15                                       )
     BRUCE LEE BLEDSOE and               )   (No Hearing Required)
16   AGNES CHING BLEDSOE,                )
                                         )
17               Defendants.             )
     _____)
18
     TO ALL PARTIES:
19
         PLEASE TAKE NOTICE that JOHN WHITE, ESQ., counsel to BRUCE LEE
20
     BLEDSOE and AGNES CHING BLEDSOE in the above-captioned adversary case, files his
21
     Request for Special Notice, pursuant to Federal Rules of Bankruptcy Procedure 9010 (b) and
22
     2002.
23
         All notices herein be given, or required to be served in this case, be served at the
24
     following address:
25
26       JOHN WHITE, ESQ.
         WHITE LAW CHARTERED
27
28
                                                 1
```

335 West First St., Reno, NV 89503
Telephone: (775) 322-8000
Facsimile: (775) 322-1228
E-mail: john@whitelawchartered.com

PLEASE TAKE FURTHER NOTICE that the request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally, includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, in the captioned main bankruptcy proceeding, whether transmitted or conveyed by mail, e-mail, telephone, telecopier or otherwise.

DATED this 11th day of April, 2011.

WHITE LAW CHARTERED

By: _____
John White, Esq.

2

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of White Law Chartered and that on the 12th day of April, 2011, I caused the mailing of a true copy of the attached document to the following parties at the address(es) listed below to:

John F. Murtha, Esq.
Woodburn and Wedge
6100 Neil Road, Suite 500
Reno, NV 89505

Dated this 12th day of April, 2011.

WHITE LAW CHARTERED

By: /s/ Araceli Gonzalez
Araceli Gonzalez, Employee

3