JOHN F. MURTHA, ESQ.
**Nevada Bar No. 835**
BRENOCH R. WIRTHLIN, ESQ.
**Nevada Bar No. 10282**
WOODBURN AND WEDGE
Sierra Plaza
6100 Neil Road, Ste. 500
Post Office Box 2311
Reno, Nevada 89505
Telephone: 775-688-3000
Facsimile : 775-688-3088
jmurtha@woodburnandwedge.com

Attorneys for Trustee
Angelique L.M. Clark

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \*

In re:

CETUS MORTGAGE, LTD.

Debtor.
_____/

Case No.  BK-08-51131-GWZ
Chapter  7

ANGELIQUE L.M. CLARK,
TRUSTEE,

      Plaintiff,

vs.

BRUCE LEE BLEDSOE and
AGNES CHING BLEDSOE,

      Defendants.
_____/

Adv. No. 10-05052

## REPORT OF THE PARTIES' PLANNING MEETING

1.    The following persons met telephonically on Friday, April 15, 2011 and again on Tuesday, April 19, 2011, for the purpose of conducting a Rule 26(f) conference:

      Brenoch R. Wirthlin, Esq. representing the Plaintiff.

      John White, Esq., representing the Defendants.

2.    Initial Disclosures. Initial disclosures were exchanged April 19, 2011. The parties will supplement their disclosures no later than forty-five (45) days before trial.

3.    Discovery Plan. The parties propose this discovery plan:

(a)   Discovery will be needed on these subjects:

1.   Cetus Mortgage, Ltd.'s ("Cetus") business practices including, but not limited to, the manner in which it obtained money from the Defendants to fund loans to third parties, Cetus' use of the funds received from the Defendants, the manner by which Cetus delivered any invested funds to third party borrowers, the manner by which Cetus received principal and interest payments from third party borrowers, Cetus' use and disbursements of payments received from third party borrowers, and the manner by which Cetus accounted for all funds received from investors and borrowers.

2.   Cetus' receipt and application of all funds invested by the Defendants and all payments received from the borrowers in the following Cetus loan files:

| | |
|---|---|
| 05-43 | JE Morros |
| 05-51 | Wissenback |
| 05-72 | Morros |
| 06-127 | 1493 Gianotti Dr. |
| 06-131 | William A. Konopisos |

(b)   Discovery may commence on May 4, 2011, and shall continue through forty-five (45) days before trial.

(c)   The maximum number of interrogatories by each party to another party shall be 40 and the responses thereto shall be due as provided in FRCP 33.

(d)   The maximum number of requests for admission shall be 40 and the responses thereto shall be due as provided in FRCP 36.

(e)   There shall be no limit on the number of depositions taken by either party.

(f)   Depositions shall be limited to 12 hours maximum (no more than 6 hours per day) unless otherwise ordered by the Court.

(g)   Expert witness reports shall be due on or before 90 days before the close of discovery.

(h)   Final supplements to discovery responses under Rule 26(e) shall be made no later than forty-five (45) days before trial.

4.   Other Items:

(a)   The parties request to meet with the Court on April 20, 2011, to resolve all issues relating to a scheduling order in this matter.

(b)   A pretrial conference is requested based upon the Court's availability.

(c)   The final dates for the plaintiff to amend her pleadings or to join parties shall be July 1, 2011.

(d)   The final dates for the defendants to amend their pleadings or to join parties shall be August 1, 2011.

(e)    The final dates to file dispositive motions shall be thirty (30) days before trial.

(f)    The prospects for settlement are unknown at this time.

(g)    A Court sponsored settlement conference may be beneficial in this matter.

(h)    The final date for submitting Rule 26(a)(3) witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists shall be 30 days prior to the first day of trial.

(i)    The final dates to file objections under Rule 26(a)(3) shall be 14 days before trial.

(j)    Trial may be scheduled anytime after December 1, 2011 and is expected to last three (3) days.

(k)    No other matters need to be reported at this time.

DATED this 19th day of April, 2011

WOODBURN AND WEDGE

BY:  Brenoch R. Wirthlin, Esq.
Attorneys for Plaintiff

DATED this 19th day of April, 2011

WHITE LAW, CHTD.

BY:  John White, Esq.
Attorneys for Defendants

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### CERTIFICATE OF SERVICE

I certify that I am an employee of the law firm of Woodburn and Wedge, and that on the ___19___ day of April, 2011, I caused the foregoing document to be delivered to all parties to this action by:

_____  placing a true copy thereof in a sealed, stamped envelope with the United States Postal Service at Reno, Nevada

_____  personal delivery

_____  facsimile

_____  email

_____  Federal Express or other overnight delivery

_____  Reno/Carson Messenger Service

addressed as follows:

John White, Esq.
john@lawquest.com

Denise Larcan